■ MADELYNN FREDRICKSON et al., Appellants, v CITY OF TONAWANDA, Defendant, and TONAWANDA CITY PUBLIC SCHOOLS, Respondent. [748 NYS2d 113] —Appeal from a judgment of Supreme Court, Erie County (Howe, J.), entered July 23, 2001, which granted the motion of defendant Tonawanda City Public Schools for summary judgment and dismissed the amended complaint against it.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Erie County, Howe, J. Present—Green, J.P., Wisner, Scudder, Burns and Lawton, JJ.